IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS MANUEL MOLINA,

    Plaintiff,

v.                                                      1:22-cv-00702-MV-LF

JAY HOLDING GROUP LLC d/b/a
Presidential Inn & Suites and
SP INSTALL FLOORINGS LLC and SAMUEL PEREZ,

    Defendants.

## SECOND ORDER TO SHOW CAUSE

    This matter is before the Court *sua sponte*. On January 10, 2023, the Court issued an order to show cause because Mr. Molina failed to participate in preparing the joint status report and provisional discovery plan and failed to attend the Rule 16 initial scheduling conference. Doc. 23. The Court ordered Mr. Molina to show cause no later than January 24, 2023. *Id*. The record indicates that the order was mailed to Mr. Molina at his address of record. To date, Mr. Molina has failed to provide the Court with a written explanation showing good cause why he should not be sanctioned for failing to attend the scheduling conference in violation of the Court's prior order.

    Further, the Court's order on counsel's motion to withdraw has been returned as undeliverable. Doc. 24. It is plaintiff's obligation to notify the clerk, in writing, of any change in his mailing address, telephone number, and email address. *See* D.N.M.LR-Civ. 83.6.

    IT IS THEREFORE ORDERED that plaintiff Carlos Manuel Molina must provide the Court with a written explanation showing good cause on or before March 20, 2023, why he should not be sanctioned for failing to comply with the Court's prior order to show cause and for violating this district's local rules by failing to update his mailing address.

Mr. Molina is warned that failure to respond to this order will result in sanctions, including dismissal of this action without further warning.

_____
Laura Fashing
United States Magistrate Judge