IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARLOS MANUEL MOLINA,

    Plaintiff,

v.                                          1:22-cv-00702-MV-LF

JAY HOLDING GROUP LLC d/b/a
Presidential Inn & Suites and
SP INSTALL FLOORINGS LLC and SAMUEL PEREZ,

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on March 24, 2023.  Doc. 26.  The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review.  *Id*. at 3.  Because Mr. Molina did not elect to receive filed documents electronically, the Court added 3 days to the objection deadline for mailing.  *See* Doc. 26 (docket text entry).  Mr. Molina's objections, therefore, were due April 10, 2023.  To date, neither Mr. Molina nor defendants have filed objections.

    **IT IS THEREFORE ORDERED AS FOLLOWS:**

    1.    The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 26) are ADOPTED;

    2.    Pro se plaintiff Carlos Manuel Molina's complaint is dismissed with prejudice.

                                                  MARTHA VÁZQUEZ
                                                  Senior United States District Judge